**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY L. WEST, | |
| Plaintiff, | Case No. 1:18-cv-07166 |
| v. | Honorable Ruben Castillo |
| FORD MOTOR CREDIT COMPANY LLC and TRANS UNION LLC, | |
| Defendants. | Honorable M. David Weisman Magistrate Judge |

**INITIAL STATUS REPORT**

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Procedures, the parties submit the following Initial Status Report.

**A.      Nature of the Case**

**1.      Basis for jurisdiction, nature of the claims and counterclaims.**

This action seeks damages for Ford Motor Credit Company LLC's alleged willful and/or negligent violations of the Fair Credit Reporting Act ("FCRA"); 15 U.S.C. § 1681 *et seq*.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1337(a) under 15 U.S.C. § 1681p with respect to Plaintiff's FCRA claims.

**2.      Relief sought by plaintiff, including computation of claimed damages, if available.**

Actual damages – Decreased credit opportunities; decreased credit standing/worthiness; denial(s) of credit, emotional distress.  Subject to expert testimony.

Statutory Damages – Seeking statutory damages in amount of $1,000.00 from Ford Motor Credit Company LLC for each separate FCRA violation, pursuant to 15 U.S.C. § 1681o.

Punitive Damages – Seeking punitive damages in excess of $10,000.00 from Ford Motor Credit Company LLC for willful violation of FCRA, pursuant to 15 U.S.C. § 1681n.

3.      **Names of any parties that have not been served.**

None.

4.      **Major factual and legal issues.**

(1) Whether Ford Motor Credit Company LLC accurately furnished account information to TransUnion LLC?  (2) Whether Ford Motor Credit Company LLC conducted a reasonable investigation in response to Plaintiff's dispute pertaining to inaccurate credit reporting?

5.      **Citations to key authorities which will assist the Court in understanding and ruling on the issues.**

None.

B.      **Preparation of Draft Scheduling Order**

1.      **The general type of discovery needed;**

Oral; written.

2.      **A date to issue written discovery;**

February 15, 2019.

3.      **A date for the deadline for the amendment of pleadings;**

March 18, 2019.

4.      **A fact discovery completion date;**

May 16, 2019.

5.      **An expert discovery completion date, including dates for the delivery of expert reports; and**

August 8, 2019

Delivery of Plaintiff's expert report on or before June 13, 2019

Delivery of Defendant's expert report on or before July 11, 2019

6.      **A date for the filing of dispositive motions.**

2

September 19, 2019.

**C.    Trial Status**

    **1.    Whether or not a jury has been requested.**

A jury has been requested by Plaintiff.

    **2.    Probable length of the trial.**

The probable length of the trial is no more than four (4) days.

**D.    Consent to Proceed Before a Magistrate Judge**

    **1.    Whether or not the parties will consent to proceed before a Magistrate Judge**

    **for all proceedings including trial.**

The parties will not consent to proceed before a Magistrate Judge for all proceedings including trial.

**E.    Settlement Status**

    **1.    Whether or not settlement discussions have been held and the status of those**

    **discussions, if any.**

Settlement discussions have been held; however, have been unsuccessful to date.

January 10, 2018                                        Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
Mohammed Omar Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
+1 630-575-8180
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

*Counsel for Gregory L. West*

<u>*/s/ Mary K. Schulz (with consent)*</u>

Mary K. Schulz
**MEDIA LITIGATION FIRM, P.C.**
1144 East State Street
Suite A260
Geneva, Illinois 60134
+1 312-213-7196
medialitigationfirm@gmail.com

*Counsel for Ford Motor Credit Company LLC*

4